# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

In the Matter of the Search of

**A blue in color Alcatel flip phone bearing IMEI: 014892005471176; An Apple iPhone in a black in color Otterbox phone case bearing IMEI: 354840090692774.**

Case No. 3:19-MJ-1054

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____Eastern_____ District of _____Tennessee_____ *(identify the person or describe property to be searched and give its location)*:

**A blue in color Alcatel flip phone bearing IMEI: 014892005471176 (See Attachment A); An Apple iPhone in a black in color Otterbox phone case bearing IMEI: 354840090692774 (See Attachment B).**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**See Attachment C, hereto.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of __18__ U.S.C. § __922__, and the application is based on these facts:

**See attached affidavit of Special Agent Matthew Ernst, ATF which is attached hereto and fully incorporated herein.**

☐ Continued on the attached sheet. [See attached affidavit, incorporated herein by reference.]

☐ Delayed notice ___ days (give exact ending date if more than 30 _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Matthew Ernst, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/26/19

*Judge's signature*

City and state: Knoxville, Tennessee — Debra C. Poplin, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

A blue in color alcatel flip phone bearing IMEI: 014892005471176







# ATTACHMENT B

Apple iPhone in a black in color Otterbox phone case bearing IMEI: 354840090692774







# ATTACHMENT C

1. All records on TARGET DEVICE A and TARGET DEVICE B described in Attachment A and B that relate to violations of Title 18, United States Code, Sections 922(a)(6) and 922(a)(1)(a) as follows:

   a. All communications, in whatever form, that relate to, further in any way, or constitute evidence of firearms trafficking and straw purchasing of firearms, including all records related to those communications.

   b. All photographs, videos, audio recordings, and text messages that relate to, further in any way, or constitute evidence of firearms trafficking or straw purchasing of firearms.

   c. All data, communications, information, and records, in whatever form, that have any tendency to establish the physical location of the particular TARGET DEVICE.

   d. All data, communications, information, and records, in whatever form, that have any tendency to establish the actual or intended physical location of MCKENZIE, or that of any of his associates involved in criminal activity.

   e. All data, communications, information, and records, in whatever form, that establish the identity or location of individuals facilitating firearms trafficking or straw purchasing of firearms.

2. Evidence of user attribution showing who used or owned the particular TARGET DEVICE at the time the electronically stored evidence described in this warrant was created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored.